**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SIMON ISAKOV, on behalf of himself and all others similarly situated,

           Plaintiffs,

           v.

Rip N Dip, Inc.

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case no. 1:25-cv-1810-KPF

<u>JUDGEMENT</u>

      This action having been commenced on March 4, 2025, by the filing of a Complaint, Civil Cover Sheet and Summons, and a copy of the Complaint and Summons having been properly served on Defendant on March 10, 2025, and proof of service having been filed on March 11, 2025, and Defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

**ORDERED, ADJUDGED, AND DECREED:**

A. Defendant violated Plaintiffs' rights under 1) Title III of the Americans with Disabilities Act, 42 U.S.C. 12181, et Seq., ("ADA"), 2) New York State Human Rights Law pursuant to N.Y. Exec. Law Article 15 ("NYSHRL"), 3) New York State Civil Rights Law, NY CLS Civ R, Article 4 (CLS Civ R §40 et seq.) (the "NYCRL"), and 4) New York Human Rights Law, N.Y.C. Administrative Code §8-102, et seq.

B. Defendant is to bring its website, www.Ripndipclothing.com, into compliance and make the same readily accessible to, and usable by, visually-impaired individuals, on or before October 26, 2025.

C. Defendant is enjoined from making its website, www.Ripndipclothing.com, available to the public until the Defendant brings the Website into compliance and make the same readily accessible to, and usable by, blind and visually impaired individuals;

D. Defendant is enjoined from circumventing this Judgment by creating new URL's to host its online business;

E. Defendant is to pay Plaintiffs $1,500.00 in compensatory damages, as permitted by law representing $1,000 in compensatory damages under the NYSHRL and NYCHRL and $500 in statutory damages under the NYSCRL; issuing an injunction pursuant to the ADA, ordering Defendant Rip N Dip, Inc. to provide access to the website in Compliance with the ADA and the WCAG 2.1; and requiring Defendant to submit to Plaintiff's Counsel within sixty (60) days.

Dated: Brooklyn, New York

_____

_____

UNITED STATES DISTRICT JUDGE